IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00482-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL BRENNAN,

    Defendant.

---

**ORDER DISMISSING VIOLATION PETITION, VACATING REVOCATION HEARING AND CONTINUING TERM OF SUPERVISED RELEASE**

---

THIS MATTER comes to the attention of the Court upon request from the probation officer to dismiss violation proceedings in this case. The Court, having been advised of the facts and premises of the above case, and that the parties have agreed to modification of the defendant's conditions of supervised release, hereby

ORDERS that the petition for violation of supervised release, dated November 17, 2011, is dismissed and the supervised release revocation hearing scheduled for February 21, 2012, is vacated. It is

FURTHER ORDERED that the defendant's supervision be continued and the terms and conditions of defendant's supervised release be modified to include that the defendant ingest monitored antabuse, if not medically contraindicated; and commence a 180-day placement at Independence House, residential reentry center. All previously imposed conditions remain in full force and effect.

DATED this 13th day of December, 2011.

                      BY THE COURT:

                      *Marcia S. Krieger*
                      _____
                      Marcia S. Krieger
                      United States District Judge